(July 23, 1984)

■ In the Matter of the Claim of ROBERT E. HILE, Respondent, v BYRNS MOTOR EXPRESS/RYDER TRANSPORTATION SERVICES, INC., Appellant. WORKERS' COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, without

costs. Inasmuch as the decision sought to be appealed is interlocutory and decides no threshold legal issues, it is not appealable (see *Matter of Harris v Carborundum Co.,* 72 AD2d 869). Mahoney, P. J., Kane, Main, Levine and Harvey, JJ., concur.